

Joe Lerman <joe@lgfunding.com>

## SUMMERBROOK DENTAL GROUP, PLLC (1) - FUNDED

1 message

**joe@lgfunding.com** <joe@lgfunding.com>  Fri, Sep 27, 2019 at 4:08 PM
To: abie@rosewoodcapitalgroup.com
Cc: joe@lgfunding.com, kress@lgfunding.com

The merchant was funded $100,000.00 today via Wire. They will have the funds in their account shortly.

Purchase price $100,000.00
Less Origination Fee $2,000.00
Less Wire Fee $50.00
Net funded to Merchant $ $97,950.00

--

LG FUNDING LLC

Toll Free: 800-419-1160 x 2271
Direct: 718-362-2263
joe@lgfunding.com
www.fundingformerchants.com

---

NOTICE: This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq and may contain information that is privileged, confidential, and/or proprietary. If you are not the intended recipient of this message, or if this message has been addressed to you in error, (i) you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and (ii) please immediately alert the sender by reply e-mail that you have received this message in error and then delete this message and all attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

 SIGNATURE BANK

# Completed Wire Details

# Detail for Confirmation Number 3103406967

## Debit Information

| | |
|---|---|
| Template name: | SUMMERBROOK DENTAL GROUP, PLLC |
| Wire type: | Domestic wire |
| Account: | LG FUNDING LLC - BUSINESS - *5153 |
| Security code: | ***** |
| Effective date: | 09/27/2019 |
| Amount: | $97,950.00 |
| Currency: | USD |
| Entered by: | RIVI |
| Entry date/time: | 09/27/2019 02:05:56 PM (ET) |
| Transmitted by: | JOSEPH |
| Transmit date/time: | 09/27/2019 02:46 PM (ET) |
| Status: | CONFIRMED |
| Confirmation number: | 3103406967 |
| Reference number: | 20190927B6B7261F002677 |

## Recipient Information

| | |
|---|---|
| Bank ID type: | ABA |
| Bank ID: | 102001017 |
| Bank name: | JPMORGAN CHASE BANK, NA |
| Bank address 1: | DENVER |
| Bank address 2: | CO |
| Bank address 3: | |
| Recipient account: | ▮▮▮▮▮ |
| Recipient name: | SUMMERBROOK DENTAL GROUP, PLLC |
| Recipient address 1: | 14991 E HAMPDEN AVE STE 370 |
| Recipient address 2: | AURORA CO 80014-3996 |
| Recipient address 3: | |
| Additional information for recipient: | As Per Future Receivables Sale Agreement Dated 9/26/19 |

## First Intermediary Information

| | |
|---|---|
| Bank ID type: | |
| Bank ID: | |
| Intermediary account: | |
| Bank name: | |
| Bank address 1: | |
| Bank address 2: | |
| Bank address 3: | |

## Second Intermediary Information

| | |
|---|---|
| Bank ID type: | |
| Bank ID: | |
| Intermediary account: | |
| Bank name: | |
| Bank address 1: | |