**Payments**

⬇ Download

| | Date | Original Amount | Merchant Amount | Payment Amount | Note | Txn ID | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/03/2019 | $0.00 | $0.00 | **$3,400.00** | Automated ACH: SUMMERBROOK DENTAL GROUP, PLLC, A/c: 0530 | 1409073987 | Funded payment debited via ACH | |
| 2 | 10/10/2019 | $0.00 | $0.00 | **$3,400.00** | Automated ACH: SUMMERBROOK DENTAL GROUP, PLLC, A/c: 0530 | 1229522305 | Funded payment debited via ACH | |
| 3 | 10/17/2019 | $0.00 | $0.00 | **$3,400.00** | Automated ACH: SUMMERBROOK DENTAL GROUP, PLLC, A/c: 0530 | 1409635990 | Funded payment debited via ACH | |
| 4 | 10/24/2019 | $0.00 | $0.00 | **$3,400.00** | Automated ACH: SUMMERBROOK DENTAL GROUP, PLLC, A/c: 0530 | 1409914682 | Funded payment debited via ACH | |
| 5 | 10/31/2019 | $0.00 | $0.00 | **$3,400.00** | Automated ACH: SUMMERBROOK DENTAL GROUP, PLLC, A/c: 0530 | 1370170559 | Funded payment debited via ACH | |
| 6 | 11/07/2019 | $0.00 | $0.00 | **$3,400.00** | Automated ACH: SUMMERBROOK DENTAL GROUP, PLLC, A/c: 0530 | 1370477205 | Funded payment debited via ACH | |
| 7 | 11/14/2019 | $0.00 | $0.00 | **$3,400.00** | Automated ACH: SUMMERBROOK DENTAL GROUP, PLLC, A/c: 0530 | 1370748838 | Funded payment debited via ACH | |
| 8 | 11/21/2019 | $0.00 | $0.00 | **$3,400.00** | Automated ACH: SUMMERBROOK DENTAL GROUP, PLLC, A/c: 0530 | 1371052585 | Funded payment debited via ACH | |
| 9 | *11/27/2019* | *$0.00* | *$0.00* | ***$3,400.00*** | *Automated ACH: SUMMERBROOK DENTAL GROUP, PLLC, A/c: 0530* | *1231487749* | *Transaction was - Returned* ☐ | *R08* |
| | **Totals:** | $0.00 | $0.00 | **$27,200.00** | | | | |

Merchant Created at: 09/27/2019 12:25 PM EST
Merchant Updated at: 11/15/2019 01:56 PM EST

Cashadvance Created at: 09/27/2019 12:25 PM EST
Cashadvance Updated at: 09/27/2019 12:25 PM EST