# ARBITRATION SERVICES, INC.

## AWARD

Case No.: 2019308-R
Claimant: LG Funding LLC
Respondents: Summerbrook Dental Group, PLLC and James Craig a/k/a James Toliver Craig

The issues having been heard in Arbitration before ALLAN L. PULLIN, ESQ., Arbitrator, on January 3, 2020, and it appears as follows:

The Demand for Arbitration having been filed with this office and served upon the above named respondents, and the time having expired for submission of an Answer to the claims raised in Complaint annexed thereto; and

The above named Respondents were duly and properly served with Notice of these proceedings ; and

The above named Respondents are in default for failure to Answer; and

The undersigned having been designated as Arbitrator in this matter, and

The Claimant having submitted evidence in the form of affidavit testimony by an officer, together with an affirmation from its counsel, setting forth the facts and basis of its claims, and

After having read and considered the Notice of Demand for Arbitration and the Complaint annexed thereto, the affidavit of Claimant and affirmation of its counsel and the exhibits annexed thereto,

I Decide, Find, and render Award as follows:

**AWARD** in favor of Claimant, LG Funding LLC, against Respondents Summerbrook Dental Group, PLLC and James Craig a/k/a James Toliver Craig, jointly and severally in the amount of $111,545.00, with interest thereon at a rate of 16% per annum from November 29, 2019 in the sum of $1,711.38 as provided in the agreement between the parties; plus $44,618.00 in attorneys' fees as further provided in the agreement between the parties; together with the costs of these proceedings in the sum of $1,115.45 making in all a total of $158,989.83.

Date of Award: January 3, 2020

I affirm under penalty of perjury that I am an attorney duly admitted to practice in New York and that I served as Arbitrator in the above matter in accordance with the agreement of the parties and the arbitration rules each has agreed to; that the foregoing is my Award and a copy has been delivered to each party or their counsel in the manner provided in the agreement to Arbitrate.

Allan L. Pullin, Arbitrator

Copy mailed to each attorney or pro se party on January 6, 2020

_____
Signature

# ARBITRATION SERVICES, INC.

7600 Jericho Turnpike
Suite 402
Woodbury, NY 11797

Telephone (516) 364-1730 Fax (516) 364-3456

www.ArbitrationServicesInc.com

Case No.: 2019308-R
Case Name: <u>LG Funding LLC</u> vs <u>Summerbrook Dental Group, PLLC and James Craig a/k/a James Toliver Craig</u>

STATE OF NEW YORK, COUNTY OF NASSAU: s.s.:

The Undersigned hereby swears under oath that the following papers were mailed to the designated party at the address indicated below on January 6, 2020 by First Class Mail, postage prepaid by depositing the same to the US Postal Service within the State of New York for delivery to the addressee at the address below.

|  |  | Mail | Fax | E-Mail |
|---|---|---|---|---|
| ☐ | Demand for Arbitration and Complaint | ☐ | ☐ | ☐ |
| ☐ | Notice of Arbitration filing | ☐ | ☐ | ☐ |
| ☐ | Notice of Conference Call | ☐ | ☐ | ☐ |
| ☐ | Notice of Hearing | ☐ | ☐ | ☐ |
| ☐ | Other | ☐ | ☐ | ☐ |
| ☐ | Notice of Adjournment | ☐ | ☐ | ☐ |
| ☒ | Notice of Award | ☒ | ☐ | ☐ |
| ☐ | Appointment of Arbitrator | ☐ | ☐ | ☐ |
| ☐ | List of Potential Arbitrators | ☐ | ☐ | ☐ |
| ☐ | Witness Disclosure Request | ☐ | ☐ | ☐ |
| ☐ | Consumer Hearing Notice | ☐ | ☐ | ☐ |

To:
Summerbrook Dental Group, PLLC
6795 S Robertsdale Way
Aurora, CO 80016

James Craig a/k/a James Toliver Craig
6795 S Robertsdale Way
Aurora, CO 80016

_____
Signature

Sworn to before me this
6 day of January 2020
_____
Notary Public

Lorraine De Angelis
Notary Public, State of New York
Registration #01DE6038968
Qualified In Suffolk County
My Commission Expires September 5, 2022

# ARBITRATION SERVICES, INC.

7600 Jericho Turnpike
Suite 402
Woodbury, NY 11797

Telephone (516) 364-1730 Fax (516) 364-3456

www.ArbitrationServicesInc.com

Case No.: 2019308-R
Case Name: LG Funding LLC vs Summerbrook Dental Group, PLLC and James Craig a/k/a James Toliver Craig

STATE OF NEW YORK, COUNTY OF NASSAU: s.s.:

The Undersigned hereby swears under oath that the following papers were mailed to the designated party at the address indicated below on January 6, 2020 by First Class Mail, postage prepaid by depositing the same to the US Postal Service within the State of New York for delivery to the addressee at the address below.

|  |  | Mail | Fax | E-Mail |
|---|---|---|---|---|
| ☐ | Demand for Arbitration and Complaint | ☐ | ☐ | ☐ |
| ☐ | Notice of Arbitration filing | ☐ | ☐ | ☐ |
| ☐ | Notice of Conference Call | ☐ | ☐ | ☐ |
| ☐ | Notice of Hearing | ☐ | ☐ | ☐ |
| ☐ | Other | ☐ | ☐ | ☐ |
| ☐ | Notice of Adjournment | ☐ | ☐ | ☐ |
| ☒ | Notice of Award | ☒ | ☐ | ☐ |
| ☐ | Appointment of Arbitrator | ☐ | ☐ | ☐ |
| ☐ | List of Potential Arbitrators | ☐ | ☐ | ☐ |
| ☐ | Witness Disclosure Request | ☐ | ☐ | ☐ |
| ☐ | Consumer Hearing Notice | ☐ | ☐ | ☐ |

To:
Gene W. Rosen, Esq.
200 Garden City Plaza
Suite 405
Garden City, New York 11530

_____
Signature

Sworn to before me this
6 day of January, 2020

_____
Notary Public

**Lorraine De Angelis**
Notary Public, State of New York
Registration #01DE6038968
Qualified In Suffolk County
My Commission Expires September 5, 2022